# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
SIMMONS-FURLOUGH, AUDREY T § Case No. 11-33398 TAB
FURLOUGH III, ISSAC H §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on            . The case was converted to one under Chapter 7 on              . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/CATHERINE STEEGE_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-33398 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | CATHERINE STEEGE |
| Case Name: | SIMMONS-FURLOUGH, AUDREY T | | | Date Filed (f) or Converted (c): | 12/26/12 (c) |
| | FURLOUGH III, ISSAC H | | | 341(a) Meeting Date: | 01/30/13 |
| For Period Ending: 09/02/14 | | | | Claims Bar Date: | 05/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 22452 Laekshore Dr, Richton Park IL 6047 | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. Wyndham Timeshare, Orlando, Florida // SURRENDER | 15,000.00 | 0.00 | | 0.00 | FA |
| 3. Chase Checking | 100.00 | 0.00 | | 0.00 | FA |
| 4. Chase Savings | 4.00 | 0.00 | | 0.00 | FA |
| 5. Federal Credit Union Checking | 100.00 | 0.00 | | 0.00 | FA |
| 6. Federal Credit Union Savings | 75.00 | 0.00 | | 0.00 | FA |
| 7. Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 8. Used Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 9. Pension | 80,000.00 | 0.00 | | 0.00 | FA |
| 10. 401k | 35,000.00 | 0.00 | | 0.00 | FA |
| 11. 2007 Chevy Colorado | 14,850.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Honda Pilot | 15,225.00 | 0.00 | | 0.00 | FA |
| 13. 2009 Harley Davidson Dyna Super Glide // SURRENDER | 10,660.00 | 0.00 | | 0.00 | FA |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                Ver: 18.01

Case 11-33398 Doc 105 Filed 09/10/14 Entered 09/10/14 15:23:43 Desc Main
Document Page 4 of 14

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

Exhibit A

| Case No: | 11-33398 TAB Judge: TIMOTHY A. BARNES | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | SIMMONS-FURLOUGH, AUDREY T | Date Filed (f) or Converted (c): | 12/26/12 (c) |
|  | FURLOUGH III, ISSAC H | 341(a) Meeting Date: | 01/30/13 |
|  |  | Claims Bar Date: | 05/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Pers. Injury Claim  BNSF Workers Comp Settlement | 200,000.00 | 200,000.00 |  | 225,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $512,014.00 | $200,000.00 | | $225,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR sent to UST on 7/16/14

Initial Projected Date of Final Report (TFR): 07/31/14   Current Projected Date of Final Report (TFR): 07/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-33398 -TAB | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | SIMMONS-FURLOUGH, AUDREY T | | Bank Name: | ASSOCIATED BANK |
| | FURLOUGH III, ISSAC H | | Account Number / CD #: | *******9297 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6004 | | | |
| For Period Ending: | 09/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/14 | 14 | Issac Furlough | CHECK RECEIVED FROM INSURANCE CARRIER FOR BNSF | 1242-000 | 225,000.00 | | 225,000.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 204.97 | 224,795.03 |
| 03/19/14 | 003001 | LIPKIN & HIGGINS<br>SUITE 2100<br>222 NORTH LASALLE STREET<br>CHICAGO, IL 60601<br><br>Fees         74,999.99<br>Expenses     4,619.52 | Per 3/18/14 Order re Settlement<br><br><br><br><br>3210-000<br>3220-000 | | | 79,619.51 | 145,175.52 |
| 03/27/14 | 003002 | Isaac H. Furlough, III<br>22452 Lakeshore Dr.<br>Richton Park, IL 60471 | EXEMPTION | 8100-000 | | 15,000.00 | 130,175.52 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 292.18 | 129,883.34 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 196.25 | 129,687.09 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 192.81 | 129,494.28 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 186.31 | 129,307.97 |

Page Subtotals         225,000.00         95,692.03

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.01

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-33398 -TAB | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- |
| Case Name: | SIMMONS-FURLOUGH, AUDREY T | Bank Name: | ASSOCIATED BANK |
|  | FURLOUGH III, ISSAC H | Account Number / CD #: | *******9297 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6004 |  |  |
| For Period Ending: | 09/02/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | COLUMN TOTALS |  | 225,000.00 | 95,692.03 | 129,307.97 |
|  |  |  | Less: Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 225,000.00 | 95,692.03 |  |
|  |  |  | Less: Payments to Debtors |  |  | 15,000.00 |  |
|  |  |  | Net |  | 225,000.00 | 80,692.03 |  |
|  |  |  | TOTAL - ALL ACCOUNTS |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|  |  |  | Checking Account (Non-Interest Earn - ********9297 |  | 225,000.00 | 80,692.03 | 129,307.97 |
|  |  |  |  |  | ----------------------- | ----------------------- | ----------------------- |
|  |  |  |  |  | 225,000.00 | 80,692.03 | 129,307.97 |
|  |  |  |  |  | ============= | ============= | ============= |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 02, 2014 |
|---|---|---|---|---|---|---|

Case Number:   11-33398  
Debtor Name:   SIMMONS-FURLOUGH, AUDREY T  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $3,158.14 | $3,158.14 |
| 999<br>8200-00 | AUDREY T SIMMONS-FURLOUGH<br>22452 LAKESHORE DR<br>RICHTON PARK, IL 60471 | Unsecured | | $0.00 | $0.00 | $47,400.17 |
| 000001<br>070<br>7100-00 | FIA CARD SERVICES NA AS SUCCESSOR IN INTEREST TO<br>BANK OF AMERICA NA (USA) AND MBNA<br>AMERICA BANK NA<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Unsecured | (1-2) UPDATE CREDITOR INFORMATION AND ADD DOCUMENTATION | $0.00 | $13,959.58 | $13,959.58 |
| 000002<br>070<br>7100-00 | DISCOVER BANK<br>DISCOVER PRODUCTS INC.<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $3,622.54 | $3,622.54 |
| 000003<br>070<br>7100-00 | HARLEY-DAVIDSON CREDIT CORP.<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS, TEXAS 75243 | Unsecured | | $0.00 | $5,844.08 | $5,844.08 |
| 000006<br>070<br>7100-00 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured | | $0.00 | $7,303.65 | $7,303.65 |
| 000007<br>070<br>7100-00 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 41067<br>NORFOLK VA 23541 | Unsecured | | $0.00 | $4,928.80 | $4,928.80 |
| 000010<br>070<br>7100-00 | BACK BOWL I LLC, SERIES B<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $315.02 | $315.02 |
| 000011<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $283.76 | $283.76 |
| 000012<br>070<br>7100-00 | MIDLAND FUNDING LLC<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Unsecured | (12-1) GE MONEY BANK | $0.00 | $5,644.98 | $5,644.98 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 02, 2014 |
|---|---|---|---|---|---|---|

Case Number:  11-33398  
Debtor Name:  SIMMONS-FURLOUGH, AUDREY T

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013<br>070<br>7100-00 | M3 FINANCIAL SERVICES<br>PO BOX 7230<br>WESTCHESTER, IL 60154 | Unsecured<br>WITHDRAWN - DUPLICATE CLAIM (SAME AS #15) | | $0.00 | $745.62 | $745.62 |
| 000014<br>070<br>7100-00 | ROCKFORD MERCANTILE<br>(ORIGINAL CREDI<br>2502 S ALPINE RD<br>ROCKFORD, IL 61108 | Unsecured | | $0.00 | $781.40 | $781.40 |
| 000015<br>070<br>7100-00 | UNIVERSITY OF CHICAGO<br>M3 FINANCIAL SERVICES INC<br>POB 7230<br>WESTCHESTER, IL 60154-7230 | Unsecured | | $0.00 | $745.62 | $745.62 |
| 000016<br>070<br>7100-00 | AMERICAN HONDA FINANCE CORPORATION<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 | Unsecured | | $0.00 | $5,088.59 | $5,088.59 |
| 000017<br>070<br>7100-00 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $10,172.11 | $10,172.11 |
| 000018<br>070<br>7100-00 | REGIONAL ACCEPTANCE CORPORATION<br>PO BOX 1847<br>WILSON, NC 27894-1847 | Unsecured<br>(18-1) DEFICIENCY BALANCE | | $0.00 | $8,453.91 | $8,453.91 |
| 000004<br>050<br>4110-00 | JPMORGAN CHASE BANK NATIONAL ASSOCIATION<br>C/O PIERCE AND ASSOCIATES, P.C.<br>1 NORTH DEARBORN<br>SUITE 1300<br>CHICAGO, ILLINOIS 60602 | Secured<br>WITHDRAWN PER 6/4/12 ORDER [DKT 46] | | $0.00 | $174,943.36 | $0.00 |
| 000005<br>050<br>4110-00 | AMERICAN HONDA FINANCE CORPORATION<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 | Secured<br>REPLACED BY CLAIM NO. 16-1 | | $0.00 | $15,008.58 | $0.00 |
| 000008<br>050<br>4110-00 | REGIONAL ACCEPTANCE CORPORATION<br>PO BOX 1847<br>WILSON, NC 27894-1847 | Secured<br>REPLACED BY CLAIM NO 18-1 | | $0.00 | $19,734.30 | $0.00 |
| 000009<br>050<br>4110-00 | STERLING INC. DBA JB ROBINSONS JEWELERS<br>323 W LAKESIDE AVE, STE 200<br>CLEVELAND, OH 44113 | Secured<br>CLAIM WITHDRAWN 7/16/14 [DKT 101] | | $0.00 | $2,375.07 | $0.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 02, 2014 |

Case Number:   11-33398  
Debtor Name:   SIMMONS-FURLOUGH, AUDREY T

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $283,109.11 | $118,447.97 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-33398 TAB
Case Name: SIMMONS-FURLOUGH, AUDREY T
      FURLOUGH III, ISSAC H
Trustee Name: CATHERINE STEEGE

      Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____
    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be            percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES NA AS SUCCESSOR IN INTEREST TO BANK OF AMERICA NA (USA) AND MBNA AMERICA BANK NA C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 | $ | $ | $ |
| 000002 | DISCOVER BANK DISCOVER PRODUCTS INC. PO BOX 3025 NEW ALBANY, OH 43054-3025 | $ | $ | $ |
| 000003 | HARLEY-DAVIDSON CREDIT CORP. 9441 LBJ FREEWAY, SUITE 350 DALLAS, TEXAS 75243 | $ | $ | $ |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 NORFOLK, VA 23541 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 41067<br>NORFOLK VA 23541 | $ | $ | $ |
| 000010 | BACK BOWL I LLC, SERIES B<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |
| 000011 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | $ | $ | $ |
| 000012 | MIDLAND FUNDING LLC<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | $ | $ | $ |
| 000014 | ROCKFORD MERCANTILE (ORIGINAL CREDI<br>2502 S ALPINE RD<br>ROCKFORD, IL 61108 | $ | $ | $ |
| 000015 | UNIVERSITY OF CHICAGO<br>M3 FINANCIAL SERVICES INC<br>POB 7230<br>WESTCHESTER, IL 60154-7230 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | AMERICAN HONDA FINANCE CORPORATION NATIONAL BANKRUPTCY CENTER P.O. BOX 168088 IRVING, TX 75016-8088 | $ | $ | $ |
| 000017 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | $ | $ | $ |
| 000018 | REGIONAL ACCEPTANCE CORPORATION PO BOX 1847 WILSON, NC 27894-1847 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of        % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $         . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $          .