UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                §
                                      §
                                      §
SIMMONS-FURLOUGH, AUDREY T            §    Case No. 11-33398 TAB
FURLOUGH III, ISSAC H                 §
                                      §
         Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

     Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on October 21, 2014, in Courtroom 613, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____                    By: CLERK OF THE U.S. BANKRUPTCY
                                                     COURT

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
SIMMONS-FURLOUGH, AUDREY T § Case No. 11-33398 TAB
FURLOUGH III, ISSAC H §
 §
 Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES NA AS SUCCESSOR IN INTEREST TO BANK OF AMERICA NA (USA) AND MBNA AMERICA BANK NA C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 | $ | $ | $ |
| 000002 | DISCOVER BANK DISCOVER PRODUCTS INC. PO BOX 3025 NEW ALBANY, OH 43054-3025 | $ | $ | $ |
| 000003 | HARLEY-DAVIDSON CREDIT CORP. 9441 LBJ FREEWAY, SUITE 350 DALLAS, TEXAS 75243 | $ | $ | $ |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 NORFOLK, VA 23541 | $ | $ | $ |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC PO BOX 41067 NORFOLK VA 23541 | $ | $ | $ |
| 000010 | BACK BOWL I LLC, SERIES B C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ | $ | $ |
| 000011 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | $ | $ | $ |
| 000012 | MIDLAND FUNDING LLC BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 4457 HOUSTON, TX 77210-4457 | $ | $ | $ |
| 000014 | ROCKFORD MERCANTILE (ORIGINAL CREDI 2502 S ALPINE RD ROCKFORD, IL 61108 | $ | $ | $ |
| 000015 | UNIVERSITY OF CHICAGO M3 FINANCIAL SERVICES INC POB 7230 WESTCHESTER, IL 60154-7230 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | AMERICAN HONDA FINANCE CORPORATION NATIONAL BANKRUPTCY CENTER P.O. BOX 168088 IRVING, TX 75016-8088 | $ | $ | $ |
| 000017 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | $ | $ | $ |
| 000018 | REGIONAL ACCEPTANCE CORPORATION PO BOX 1847 WILSON, NC 27894-1847 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of _____% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ _____. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.


      The amount of surplus returned to the debtor after payment of all claims and interest is $ _____.


      Prepared By: /s/CATHERINE STEEGE, TRUSTEE


*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.