UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SIMMONS-FURLOUGH, AUDREY T § Case No. 11-33398 TAB
FURLOUGH III, ISSAC H §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on October 21, 2014, in Courtroom 613, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: CLERK OF THE U.S. BANKRUPTCY
                                       COURT

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
SIMMONS-FURLOUGH, AUDREY T § Case No. 11-33398 TAB
FURLOUGH III, ISSAC H §
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 225,000.00 |
| and approved disbursements of | $ | 95,692.03 |
| leaving a balance on hand of[1] | $ | 129,307.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 11,379.99 | $ 0.00 | $ 11,379.99 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 3,024.00 | $ 0.00 | $ 3,024.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 134.14 | $ 0.00 | $ 134.14 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 14,538.13 |
| Remaining Balance | $ 114,769.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,144.04  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES NA AS SUCCESSOR IN INTEREST TO BANK OF AMERICA NA (USA) AND MBNA AMERICA BANK NA C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 | $ 13,959.58 | $ 0.00 | $ 13,959.58 |
| 000002 | DISCOVER BANK DISCOVER PRODUCTS INC. PO BOX 3025 NEW ALBANY, OH 43054-3025 | $ 3,622.54 | $ 0.00 | $ 3,622.54 |
| 000003 | HARLEY-DAVIDSON CREDIT CORP. 9441 LBJ FREEWAY, SUITE 350 DALLAS, TEXAS 75243 | $ 5,844.08 | $ 0.00 | $ 5,844.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 NORFOLK, VA 23541 | $ 7,303.65 | $ 0.00 | $ 7,303.65 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC PO BOX 41067 NORFOLK VA 23541 | $ 4,928.80 | $ 0.00 | $ 4,928.80 |
| 000010 | BACK BOWL I LLC, SERIES B C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ 315.02 | $ 0.00 | $ 315.02 |
| 000011 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | $ 283.76 | $ 0.00 | $ 283.76 |
| 000012 | MIDLAND FUNDING LLC BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 4457 HOUSTON, TX 77210-4457 | $ 5,644.98 | $ 0.00 | $ 5,644.98 |
| 000014 | ROCKFORD MERCANTILE (ORIGINAL CREDI 2502 S ALPINE RD ROCKFORD, IL 61108 | $ 781.40 | $ 0.00 | $ 781.40 |
| 000015 | UNIVERSITY OF CHICAGO M3 FINANCIAL SERVICES INC POB 7230 WESTCHESTER, IL 60154-7230 | $ 745.62 | $ 0.00 | $ 745.62 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | AMERICAN HONDA FINANCE CORPORATION NATIONAL BANKRUPTCY CENTER P.O. BOX 168088 IRVING, TX 75016-8088 | $ 5,088.59 | $ 0.00 | $ 5,088.59 |
| 000017 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | $ 10,172.11 | $ 0.00 | $ 10,172.11 |
| 000018 | REGIONAL ACCEPTANCE CORPORATION PO BOX 1847 WILSON, NC 27894-1847 | $ 8,453.91 | $ 0.00 | $ 8,453.91 |
| | Total to be paid to timely general unsecured creditors | | $ | 67,144.04 |
| | Remaining Balance | | $ | 47,625.80 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 225.63 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 47,400.17 .

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                 Case No. 11-33398-TAB
Audrey T Simmons-Furlough                                              Chapter 7
Issac H Furlough III
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte               Page 1 of 2                  Date Rcvd: Sep 12, 2014
                              Form ID: pdf006              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2014.
db/jdb         +Audrey T Simmons-Furlough,    Issac H Furlough III,    22452 Lakeshore Dr,
                 Richton Park, IL 60471-1607
17673453       +Assoc Coll (Original Creditor:04 Wa,    113 W Milwaukee St Pob 816,    Janesville, WI 53548-2913
17686909       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
                 Wilmington, DE 19886-5102)
17673456       +Blitt & Gaines,    661 W Glenn Ave,    Wheeling, IL 60090-6017
17673457       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
18003176        Capital One Bank (USA), N.A.,     by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC   28272-1083
17673458       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17812491        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17673459       +Chase Mtg,    10790 Rancho Berna,    San Diego, CA 92127-5705
17829912        FIA Card Services NA as successor in interest to,     Bank of America NA (USA) and MBNA,
                 America Bank NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
18348520       +Harley-Davidson Credit Corp.,     9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
17735932       +Harley-Davidson Credit Corp.,     PO BOX 829009,    Dallas, TX 75382-9009
17673463       +Illinois Collection Se (Original Cr,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
17765176       +JPMorgan Chase Bank National Association,     c/o Pierce and Associates, P.C.,    1 North Dearborn,
                 Suite 1300,    Chicago, Illinois 60602-4321
17673466       +M3 Financial Services,    PO Box 7230,    Westchester, IL 60154-7230
17673467       +Michael D Fine,    131 South Dearborn St,    Floor five,    Chicago, IL 60603-5517
18329259       ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                 Norfolk VA 23541)
17673470       +Rockford Mercantile (Original Credi,    2502 S Alpine Rd,    Rockford, IL 61108-7813
17673471       +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
19875456       +Tradewinds Resorts,    5500 Gulf Blvd,    Saint Petersburg, FL 33706-2392
17673472       +Universal Account Services,    P.O. Box 807010,    Kansas City, MO 64180-7010
18133479        University of Chicago,    M3 Financial Services Inc,    POB 7230,    Westchester, IL 60154-7230
17673464       +illinois collection service,    PO Box 1010,    Tinley Park, IL 60477-9110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17673452        E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 13 2014 00:50:34      American Honda Finance,
                 2170 Point Blvd Ste 100,    Elgin, IL 60123
17782700        E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 13 2014 00:50:34
                 American Honda Finance Corporation,    National Bankruptcy Center,     P.O. Box 168088,
                 Irving, TX 75016-8088
17980342       +E-mail/Text: bncmail@w-legal.com Sep 13 2014 00:50:35      BACK BOWL I LLC, SERIES B,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17690260        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 13 2014 00:54:46      Discover Bank,
                 Discover Products Inc.,    PO Box 3025,    New Albany, OH  43054-3025
21543099        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 13 2014 00:54:46      Discover Bank,
                 DB Servicing Corporation,    PO BOX 3025,    New Albany, OH 43054-3025
17673460       +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 13 2014 00:54:46      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
18027249        E-mail/PDF: rmscedi@recoverycorp.com Sep 13 2014 00:53:13      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17673461       +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 13 2014 00:51:32      Esb/Harley Davidson Cr,
                 Po Box 21829,    Carson City, NV 89721-1829
19790324        E-mail/PDF: rmscedi@recoverycorp.com Sep 13 2014 00:53:13      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,     25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
17673462       +E-mail/Text: bankruptcy@icsystem.com Sep 13 2014 00:51:18      I.C. System Inc. (Original Creditor,
                 P.O. Box 64378,    St Paul, MN 55164-0378
17673465       ++E-mail/Text: ebnsterling@weltman.com Sep 13 2014 00:50:03      Jb Robinson,    375 Ghent Rd,
                 Fairlawn, OH 44333-4601
19850736        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2014 00:53:42      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
19790325        E-mail/PDF: rmscedi@recoverycorp.com Sep 13 2014 00:53:13
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
17673468        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 13 2014 00:53:15      Regional Acceptance Co,
                 765 Ela R D Suite 205,    Lake Zurich, IL 60004
17816334        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 13 2014 00:53:15      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
17673469       +E-mail/Text: bkrpt@retrievalmasters.com Sep 13 2014 00:50:23      Retrieval Masters Credit Bureau,
                 PO Box 1235,    Elmsford, NY 10523-0935
17858707       +E-mail/Text: ebnsterling@weltman.com Sep 13 2014 00:50:04
                 Sterling Inc. dba JB Robinsons Jewelers,    323 W Lakeside Ave, Ste 200,
                 Cleveland, OH 44113-1009
```

```
District/off: 0752-1           User: arodarte              Page 2 of 2                   Date Rcvd: Sep 12, 2014
                               Form ID: pdf006             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
17815054        +E-mail/Text: ebnsterling@weltman.com Sep 13 2014 00:50:04
                 Sterling Inc., dba J.B. Robinsons Jewelers,   323 W. Lakeside Ave. Ste 200,
                 Cleveland, OH 44113-1009
17673473        +E-mail/Text: bankruptcydept@wyn.com Sep 13 2014 00:51:12       Wyndham Vo,
                 10750 W. Charleston Blvd,   Las Vegas, NV 89135-1048
                                                                                               TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18719991*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
                 NORFOLK, VA 23541)
21866503*       Regional Acceptance Corporation,    PO Box 1847,   Wilson, NC 27894-1847
17673454       ##+Baker & Miller,   29 North Wacker Drive,    5th Floor,   Chicago, IL 60606-3227
17673455       ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2014                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2014 at the address(es) listed below:
```
              Catherine L Steege, ESQ   on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com,
               docketing@jenner.com
              Catherine L. Steege, ESQ    on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com,
               csteege@ecf.epiqsystems.com
              Catherine L. Steege, ESQ    csteege@jenner.com,    csteege@ecf.epiqsystems.com
              Courtenay Martin Wilson    on behalf of Joint Debtor Issac H Furlough III
               cwilson@robertjsemrad.com,    rjscourtdocs@gmail.com
              Courtenay Martin Wilson    on behalf of Debtor Audrey T Simmons-Furlough cwilson@robertjsemrad.com,
               rjscourtdocs@gmail.com
              David J Frankel    on behalf of Creditor    American Honda Finance Corporation
               dfrankel@sormanfrankel.com,    bbehanna@sormanfrankel.com
              Janna L Quarless    on behalf of Joint Debtor Issac H Furlough III jquarless@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Janna L Quarless    on behalf of Debtor Audrey T Simmons-Furlough jquarless@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Lydia Y Siu    on behalf of Creditor    JPMorgan Chase Bank National Association
               lsiu@atty-pierce.com,    northerndistrict@atty-pierce.com
              Monette W Cope    on behalf of Creditor    Sterling Jewelers Inc dba J.B. Robinson's Jewelers
               ecfnil@weltman.com
              Patrick  Semrad    on behalf of Joint Debtor Issac H Furlough III psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick  Semrad    on behalf of Debtor Audrey T Simmons-Furlough psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Terri M Long    on behalf of Creditor    Harley-Davidson Credit Corp. Courts@tmlong.com
                                                                                               TOTAL: 14
```