# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
SIMMONS-FURLOUGH, AUDREY T                §    Case No. 11-33398
FURLOUGH III, ISSAC H                     §
                                          §
          Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                         Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:         Claims Discharged
                                          Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/CATHERINE STEEGE
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Isaac H. Furlough, III |  |  |  |
|  |  |  |  |
| AUDREY T SIMMONS-FURLOUGH |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Honda Finance 2170 Point Blvd Ste 100 Elgin, IL 60123 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg 10790 Rancho Berna San Diego, CA 92127 | | | | | |
| | Esb/Harley Davidson Cr Po Box 21829 Carson City, NV 89721 | | | | | |
| | Regional Acceptance Co 765 Ela R D Suite 205 Lake Zurich, IL 60004 | | | | | |
| | Wyndham Vo 10750 W. Charleston Blvd Las Vegas, NV 89135 | | | | | |
| 000005 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| 000004 | JPMORGAN CHASE BANK NATIONAL ASSOCI | | | | | |
| 000008 | REGIONAL ACCEPTANCE CORPORATION | | | | | |
| 000009 | STERLING INC. DBA JB ROBINSONS JEWE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK | | | | | |
| LIPKIN & HIGGINS | | | | | |
| LIPKIN & HIGGINS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Assoc Coll (Original Creditor:04 Wa 113 W Milwaukee St Pob 816 Janesville, WI 53545 | | | | | |
| | Assoc Coll (Original Creditor:04 Wa 113 W Milwaukee St Pob 816 Janesville, WI 53545 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | I.C. System Inc. (Original Creditor P.O. Box 64378 St Paul, MN 55164 | | | | | |
| | I.C. System Inc. (Original Creditor P.O. Box 64378 St Paul, MN 55164 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Collection Se (Original Cr 8231 185th St Ste 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se (Original Cr 8231 185th St Ste 100 Tinley Park, IL 60487 | | | | | |
| | Jb Robinson 375 Ghent Rd Fairlawn, OH 44333 | | | | | |
| | Jb Robinson 375 Ghent Rd Fairlawn, OH 44333 | | | | | |
| | M3 Financial Services PO Box 7230 Westchester, IL 60154 | | | | | |
| | M3 Financial Services PO Box 7230 Westchester, IL 60154 | | | | | |
| | Retrieval Masters Credit Bureau PO Box 1235 Elmsford, NY 10523 | | | | | |
| | Retrieval Masters Credit Bureau PO Box 1235 Elmsford, NY 10523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Mercantile (Original Credi 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Rockford Mercantile (Original Credi 2502 S Alpine Rd Rockford, IL 61108 | | | | | |
| | Tate & Kirlin Associates 2810 Southampton Road Philadelphia, PA 19154 | | | | | |
| | Tate & Kirlin Associates 2810 Southampton Road Philadelphia, PA 19154 | | | | | |
| | Tradewinds Resorts 5500 Gulf Blvd Saint Petersburg, FL 33706 | | | | | |
| | Universal Account Services P.O. Box 807010 Kansas City, MO 64180 | | | | | |
| | Universal Account Services P.O. Box 807010 Kansas City, MO 64180 | | | | | |
| | illinois collection service PO Box 1010 Tinley Park, IL 60477 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | illinois collection service PO Box 1010 Tinley Park, IL 60477 | | | | | |
| 000016 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| 000010 | BACK BOWL I LLC, SERIES B | | | | | |
| 000011 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000017 | DISCOVER BANK | | | | | |
| 000001 | FIA CARD SERVICES NA AS SUCCESSOR I | | | | | |
| 000003 | HARLEY-DAVIDSON CREDIT CORP. | | | | | |
| 000013 | M3 FINANCIAL SERVICES | | | | | |
| 000012 | MIDLAND FUNDING LLC | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | REGIONAL ACCEPTANCE CORPORATION | | | | | |
| 000014 | ROCKFORD MERCANTILE (ORIGINAL CREDI | | | | | |
| 000015 | UNIVERSITY OF CHICAGO | | | | | |
| | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| | BACK BOWL I LLC, SERIES B | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | DISCOVER BANK | | | | | |
| | FIA CARD SERVICES NA AS SUCCESSOR I | | | | | |
| | HARLEY-DAVIDSON CREDIT CORP. | | | | | |
| | MIDLAND FUNDING LLC | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| | REGIONAL ACCEPTANCE CORPORATION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ROCKFORD MERCANTILE (ORIGINAL CREDI | | | | | |
| | UNIVERSITY OF CHICAGO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-33398 TAB Judge: TIMOTHY A. BARNES | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | SIMMONS-FURLOUGH, AUDREY T | | Date Filed (f) or Converted (c): | 12/26/12 (c) |
| | FURLOUGH III, ISSAC H | | 341(a) Meeting Date: | 01/30/13 |
| For Period Ending: | 12/05/14 | | Claims Bar Date: | 05/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 22452 Laekshore Dr, Richton Park IL 6047 | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. Wyndham Timeshare, Orlando, Florida // SURRENDER | 15,000.00 | 0.00 | | 0.00 | FA |
| 3. Chase Checking | 100.00 | 0.00 | | 0.00 | FA |
| 4. Chase Savings | 4.00 | 0.00 | | 0.00 | FA |
| 5. Federal Credit Union Checking | 100.00 | 0.00 | | 0.00 | FA |
| 6. Federal Credit Union Savings | 75.00 | 0.00 | | 0.00 | FA |
| 7. Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 8. Used Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 9. Pension | 80,000.00 | 0.00 | | 0.00 | FA |
| 10. 401k | 35,000.00 | 0.00 | | 0.00 | FA |
| 11. 2007 Chevy Colorado | 14,850.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Honda Pilot | 15,225.00 | 0.00 | | 0.00 | FA |
| 13. 2009 Harley Davidson Dyna Super Glide // SURRENDER | 10,660.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-33398 | TAB | Judge: TIMOTHY A. BARNES | | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | SIMMONS-FURLOUGH, AUDREY T | | | | | Date Filed (f) or Converted (c): | 12/26/12 (c) |
| | FURLOUGH III, ISSAC H | | | | | 341(a) Meeting Date: | 01/30/13 |
| | | | | | | Claims Bar Date: | 05/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 14. Pers. Injury Claim<br>    BNSF Workers Comp Settlement | 200,000.00 | 200,000.00 | | 225,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $512,014.00 | $200,000.00 | | $225,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR sent to UST on 7/16/14

Initial Projected Date of Final Report (TFR): 07/31/14     Current Projected Date of Final Report (TFR): 07/31/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-33398 -TAB | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | SIMMONS-FURLOUGH, AUDREY T | | Bank Name: | ASSOCIATED BANK |
| | FURLOUGH III, ISSAC H | | Account Number / CD #: | *******9297 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6004 | | | |
| For Period Ending: | 12/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/14 | 14 | Issac Furlough | CHECK RECEIVED FROM INSURANCE CARRIER FOR BNSF | 1242-000 | 225,000.00 | | 225,000.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 204.97 | 224,795.03 |
| 03/19/14 | 003001 | LIPKIN & HIGGINS SUITE 2100 222 NORTH LASALLE STREET CHICAGO, IL 60601 | Per 3/18/14 Order re Settlement     Fees      74,999.99     Expenses    4,619.52 | 3210-000 3220-000 | | 79,619.51 | 145,175.52 |
| 03/27/14 | 003002 | Isaac H. Furlough, III 22452 Lakeshore Dr. Richton Park, IL 60471 | EXEMPTION | 8100-000 | | 15,000.00 | 130,175.52 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 292.18 | 129,883.34 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 196.25 | 129,687.09 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 192.81 | 129,494.28 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 186.31 | 129,307.97 |
| 10/22/14 | 003003 | CATHERINE STEEGE, TRUSTEE JENNER & BLOCK LLP 353 N. CLARK STREET | FINAL DISTRIBUTION | 2100-000 | | 11,379.99 | 117,927.98 |

Page Subtotals        225,000.00        107,072.02

Ver: 18.03a

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2                                                                                                      Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                          Exhibit 9

Case No:          11-33398  -TAB                                        Trustee Name:       CATHERINE STEEGE
Case Name:        SIMMONS-FURLOUGH, AUDREY T                            Bank Name:          ASSOCIATED BANK
                  FURLOUGH III, ISSAC H                                 Account Number / CD #:   *******9297  Checking Account (Non-Interest Earn
Taxpayer ID No:   *******6004
For Period Ending: 12/05/14                                             Blanket Bond (per case limit):   $  5,000,000.00
                                                                       Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60654-3456 | | | | | |
| 10/22/14 | 003004 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | | | 3,158.14 | 114,769.84 |
| | | | Fees            3,024.00 | 3110-000 | | | |
| | | | Expenses          134.14 | 3120-000 | | | |
| 10/22/14 | 003005 | FIA CARD SERVICES NA<br>SUCCESSOR IN INTEREST-BANK OF AMERICA NA<br>AMERICA BANK NA<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | FINAL DISTRIBUTION | | | 14,006.49 | 100,763.35 |
| | | | Claim          13,959.58 | 7100-000 | | | |
| | | | Interest           46.91 | 7990-000 | | | |
| 10/22/14 | 003006 | DISCOVER BANK<br>DISCOVER PRODUCTS INC.<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | FINAL DISTRIBUTION | | | 3,634.71 | 97,128.64 |
| | | | Claim           3,622.54 | 7100-000 | | | |
| | | | Interest           12.17 | 7990-000 | | | |
| 10/22/14 | 003007 | HARLEY-DAVIDSON CREDIT CORP.<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS, TEXAS 75243 | FINAL DISTRIBUTION | | | 5,863.72 | 91,264.92 |
| | | | Claim           5,844.08 | 7100-000 | | | |

                                                                       Page Subtotals          0.00        26,663.06

FORM 2

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        11-33398  -TAB
Case Name:      SIMMONS-FURLOUGH, AUDREY T
                FURLOUGH III, ISSAC H

Taxpayer ID No: *******6004
For Period Ending: 12/05/14

Trustee Name:       CATHERINE STEEGE
Bank Name:          ASSOCIATED BANK
Account Number / CD #:   *******9297  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Interest | 19.64 | 7990-000 | | | |
| 10/22/14 | 003008 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>NORFOLK, VA 23541 | FINAL DISTRIBUTION<br><br>Claim | 7,303.65 | 7100-000 | | 7,328.19 | 83,936.73 |
| | | | Interest | 24.54 | 7990-000 | | | |
| 10/22/14 | 003009 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 41067<br>NORFOLK VA 23541 | FINAL DISTRIBUTION<br><br>Claim | 4,928.80 | 7100-000 | | 4,945.36 | 78,991.37 |
| | | | Interest | 16.56 | 7990-000 | | | |
| 10/22/14 | 003010 | BACK BOWL I LLC, SERIES B<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | FINAL DISTRIBUTION<br><br>Claim | 315.02 | 7100-000 | | 316.08 | 78,675.29 |
| | | | Interest | 1.06 | 7990-000 | | | |
| 10/22/14 | 003011 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | FINAL DISTRIBUTION<br><br>Claim | 283.76 | 7100-000 | | 284.71 | 78,390.58 |
| | | | Interest | 0.95 | 7990-000 | | | |
| 10/22/14 | 003012 | MIDLAND FUNDING LLC | FINAL DISTRIBUTION | | | | 5,663.95 | 72,726.63 |

Page Subtotals           0.00          18,538.29

Ver: 18.03a

LFORM24

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-33398 -TAB |
| Case Name: | SIMMONS-FURLOUGH, AUDREY T |
| | FURLOUGH III, ISSAC H |
| Taxpayer ID No: | *******6004 |
| For Period Ending: | 12/05/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9297  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 4457 HOUSTON, TX 77210-4457 | Claim 5,644.98 Interest 18.97 | 7100-000 7990-000 | | | |
| 10/22/14 | 003013 | ROCKFORD MERCANTILE (ORIGINAL CREDI 2502 S ALPINE RD ROCKFORD, IL 61108 | FINAL DISTRIBUTION Claim 781.40 Interest 2.63 | 7100-000 7990-000 | | 784.03 | 71,942.60 |
| 10/22/14 | 003014 | UNIVERSITY OF CHICAGO M3 FINANCIAL SERVICES INC POB 7230 WESTCHESTER, IL 60154-7230 | FINAL DISTRIBUTION Claim 745.62 Interest 2.51 | 7100-000 7990-000 | | 748.13 | 71,194.47 |
| 10/22/14 | 003015 | AMERICAN HONDA FINANCE CORPORATION NATIONAL BANKRUPTCY CENTER P.O. BOX 168088 IRVING, TX 75016-8088 | FINAL DISTRIBUTION Claim 5,088.59 Interest 17.10 | 7100-000 7990-000 | | 5,105.69 | 66,088.78 |
| 10/22/14 | 003016 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 | FINAL DISTRIBUTION | | | 10,206.29 | 55,882.49 |

Page Subtotals       0.00        16,844.14

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-33398  -TAB | Trustee Name: | CATHERINE STEEGE |
| Case Name: | SIMMONS-FURLOUGH, AUDREY T | Bank Name: | ASSOCIATED BANK |
| | FURLOUGH III, ISSAC H | Account Number / CD #: | *******9297  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6004 | | |
| For Period Ending: | 12/05/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW ALBANY, OH 43054-3025 | Claim         10,172.11 | 7100-000 | | | |
| | | | Interest          34.18 | 7990-000 | | | |
| 10/22/14 | 003017 | REGIONAL ACCEPTANCE CORPORATION PO BOX 1847 WILSON, NC 27894-1847 | FINAL DISTRIBUTION | | | 8,482.32 | 47,400.17 |
| | | | Claim          8,453.91 | 7100-000 | | | |
| | | | Interest          28.41 | 7990-000 | | | |
| 10/22/14 | 003018 | AUDREY T SIMMONS-FURLOUGH ISSAC H. FURLOUGH III 22452 LAKESHORE DR RICHTON PARK, IL  60471 | Surplus Funds - FINAL DISTRIBUTION | 8200-000 | | 47,400.17 | 0.00 |

|  | COLUMN TOTALS | 225,000.00 | 225,000.00 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 225,000.00 | 225,000.00 | |
|  | Less:  Payments to Debtors | | 62,400.17 | |
|  | Net | 225,000.00 | 162,599.83 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - *******9297 | | 225,000.00 | 162,599.83 | 0.00 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 225,000.00 | 162,599.83 | 0.00 |
| | | =============== | =============== | =============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                  55,882.49

Ver: 18.03a

FORM 2                                                                                              Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

Case No:          11-33398 -TAB                          Trustee Name:         CATHERINE STEEGE
Case Name:        SIMMONS-FURLOUGH, AUDREY T             Bank Name:            ASSOCIATED BANK
                  FURLOUGH III, ISSAC H                  Account Number / CD #:  *******9297  Checking Account (Non-Interest Earn

Taxpayer ID No:   *******6004
For Period Ending:  12/05/14                             Blanket Bond (per case limit):  $  5,000,000.00
                                                         Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *********9297

|  |  |  |  |  | Page Subtotals | 0.00 | 0.00 |